# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1816.  BANTU WARE v. THE STATE.**

On September 28, 2010, Bantu Ware pled guilty to several offenses including criminal damage to property, aggravated stalking, and trespass.  Ware was sentenced to five years, with two to serve and three years on probation.  On March 19, 2013, Ware filed a notice of appeal seeking to challenge the probationary portion of his sentence.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Ware's notice of appeal was filed over three years after his sentence was entered, we lack jurisdiction to consider his appeal, which is thus DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*